IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**TYRONE HOSPITAL,** : **Bankruptcy No. 06-70759**
:
: **Doc. # 447: Disclosure Statement**
:
: **Doc. # 446: Plan Of Reorganization**
:
**Debtor-In-Possession** : **Chapter 11**

ORDER APPROVING DISCLOSURE STATEMENT,
FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF
PLAN, FIXING TIME FOR HEARING ON PLAN
CONFIRMATION, AND SETTING LAST DAY FOR FILING A COMPLAINT
OBJECTING TO DISCHARGE COMBINED WITH NOTICE THEREOF

**AND NOW,** at Pittsburgh this **13th** day of **April**, 2010, a **Disclosure Statement In Support Of Plan Of Reorganization Dated March 1, 2010**, having been filed under chapter 11 of the Bankruptcy Code by **Debtor-In-Possession**, and it having been determined after **notice and hearing** that the Disclosure Statement contains adequate information;

IT IS **ORDERED, ADJUDGED** and **DECREED,** and notice is hereby given, that:

(1) the **Disclosure Statement** filed March 10, 2010, is **APPROVED**;

(2) the **3rd** day of **June**, 2010 is fixed as the last day for filing written acceptances or rejections to the Plan referred to above and the last day to file claims not already barred by operation of law or rule or order of this Court;

(3) within **7** days after the entry of this order, the Disclosure Statement, Plan, a copy of this Order, and a ballot conforming to Official Form No. 14 shall be mailed to all creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed.R.Bankr.P. 3017(d);

(4) the **10th** day of **June**, 2010, at **10:00 AM** in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219\***, is the time and place fixed for hearing on confirmation of the Plan;

(5) the **3rd** day of **June**, 2010, is fixed as the last day for filing and serving objections to confirmation of the Plan, pursuant to Rule 3020(b)(1); and

(6) pursuant to Bankruptcy Rule 4004(a), the last day for filing a complaint objecting to discharge, **if applicable**, shall not be later than **June 10, 2010**.

_____
BERNARD MARKOVITZ
U.S. Bankruptcy Judge

**\*NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and in Courtroom D in Pittsburgh, Pennsylvania. Parties may appear at either location.**

cm: James R. Walsh, Esquire

FILED
APR 1 3 2010
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA